O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | SA CR 06-017-CJC |
| | ) | |
| v. | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (18 U.S.C. § 3142(i)) |
| ANDRE EVANS LACOSTE, | ) | |
| | ) | |
| Defendant. | ) | |

I.

A.  On motion (X) (by the Government) / ( ) (by the Court sua sponte) involving:

1. ( )  serious risk defendant will flee;

2. ( )  serious risk defendant will

   a. ( )  obstruct or attempt to obstruct justice;

   b. ( )  threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

3. ( X)  a violation of supervised release or probation.

II.

The Court finds no condition or combination of conditions will reasonable assure:

A. (X)  appearance of defendant as required; and/or

B. ( )  safety of any person or the community;

|  |  |
|---|---|
| 1 | III. |
| 2 | The Court has considered: |
| 3 | A.  (X)   the nature and circumstances of the offense; |
| 4 | B.  (X)   the weight of evidence against the defendant; |
| 5 | C.  (X)   the history and characteristics of the defendant; |
| 6 | D.  ( )    the nature and seriousness of the danger to any person or to the community. |
| 7 | IV. |
| 8 | The Court concludes: |
| 9 | A. ( ) Defendant poses a risk to the safety of other persons or the community because: |
| 10 |  |
| 11 | B. ( ) History and characteristics indicate a serious risk that defendant will flee because: |
| 12 |  |
| 13 | C. ( ) A serious risk exists that defendant will: |
| 14 |     1. ( )   obstruct or attempt to obstruct justice; |
| 15 |     2. ( )   threaten, injure or intimidate a witness/ juror; because: |
| 16 |  |
| 17 | D.  (X)    Defendant has not established by clear and convincing evidence to the contrary that |
| 18 | he does not pose a risk of flight or danger to the community as provided in 18 U.S.C. |
| 19 | § 3143 (a). |
| 20 | IT IS ORDERED that defendant be detained prior to trial. |
| 21 | IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections |
| 22 | facility separate from persons awaiting or serving sentences or person held pending appeal. |
| 23 | IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private |
| 24 | consultation with his counsel. |
| 25 | Dated:  June 6, 2007 |
| 26 |  |
| 27 | Marc L. Goldman |
| 28 | U.S. Magistrate Judge |